PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Monther Al Saleh<br><br>Address:<br><br>CR 10 0349 |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT California (Northern)<br>DISTRICT OF Divisional Office | VRW |
| Name and Office of Person Joseph P. Russoniello<br>Furnishing Information on ☐ U.S. Atty ☐ Other U.S. Agency<br>THIS FORM Phone No. (415) 436-7200 | ☐ Interpreter Required Dialect: _____ |
| Name of Asst.<br>U.S. Attorney Jeffrey Finigan<br>(if assigned) | Birth Date 4/24/1963 ☑ Male ☐ Alien<br>☐ Female (if applicable) |
| PROCEEDING | |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI | Social Security Number _____ |

| | DEFENDANT |
|---|---|
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | Issue: ☑ Warrant ☐ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | SHOW DOCKET NO. |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. |
| | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense San Francisco County San Francisco | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level<br>(Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC Section 1349 | Conspiracy to Commit Mail Fraud | 1 |
| 2 | 18 USC Section 1341 | Mail Fraud | 2-15 |
| | (All counts: 20 yrs BOP; $250,000 fine; 3 yrs supervised release; $100 assessment) | | |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT ~~[crossed out]~~ | CASE NO. |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Sergio Gutierrez<br><br>FILED 2010 APR 29 P 2:37<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Address: CR 10 0349 VRW |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF — California (Northern) Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (415) 436-7200 | ☐ Interpreter Required Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Jeffrey Finigan | Birth Date 12/7/1963 ☑ Male ☐ Alien<br>☐ Female (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI | Social Security Number _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☑ Warrant ☐ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>   ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| SHOW DOCKET NO. | |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| MAG. JUDGE CASE NO. | |
| Place of offense: San Francisco County: San Francisco | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC Section 1349 | Conspiracy to Commit Mail Fraud | 1 |
| 2 | 18 USC Section 1341 | Mail Fraud | 2-15 |
| | (All counts: 20 yrs BOP; $250,000 fine; 3 yrs | | |
| | supervised release; $100 assessment) | | |

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2010 APR 29 P 2:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 10 0349 VRW |
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 – Mail Fraud |
| SERGIO IVAN GUTIERREZ, and MONTHER AL SALEH, a/k/a Armando Al Saleh, a/k/a Monther Hasan Alsaleh, | |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

BACKGROUND

At all times relevant to this Indictment:

1. Defendant Sergio Ivan GUTIERREZ was an individual living in San Francisco, California, and operating two businesses: Examiner One and California Association Security Heritage ("CASH") on Mission Street in San Francisco.

2. Defendant Monther Al SALEH was an individual living in the Northern District

INDICTMENT

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

FILED
2010 APR 29 P 2: 35
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. CAL.

CR 10 0349 VRW

UNITED STATES OF AMERICA,

V.

MONTHER AL SALEH

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1349- Conspiracy to Commit Mail Fraud
18 U.S.C. § 1341- Mail Fraud

A true bill.

_____
Foreman

Filed in open court this 29th day of April, 2010

_____
Clerk

Bail, $ No bail warrant

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

CR 10 0349

UNITED STATES OF AMERICA,

V.

SERGIO GUTIERREZ

FILED
2010 APR 29 P 2: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1349- Conspiracy to Commit Mail Fraud
18 U.S.C. § 1341- Mail Fraud

A true bill.

_____
Foreman

Filed in open court this 29th day of
April, 2010

_____
Clerk      ADA YIU

Bail, $ No bail warrant

1  of California and operating a business named M&P Corporation.

## THE SCHEME TO DEFRAUD

3. Beginning at a time unknown to the grand jury, but no later than in or about March 2007, and continuing through about January 2009, in the Northern District of California and elsewhere, the defendants,

SERGIO IVAN GUTIERREZ, and
MONTHER AL SALEH,

and others, did knowingly and intentionally devise a material scheme and artifice to defraud various individuals as to material matters, and to obtain money and property from various individuals by means of materially false and fraudulent pretenses, representations, promises, and omissions, knowing that the pretenses, representations, promises, and omissions were false and fraudulent when made.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

4. As part of the scheme to defraud, and in order to obtain money from victims, GUTIERREZ and SALEH engaged in certain conduct and made, in sum and substance, certain materially false and fraudulent pretenses, representations, promises, and omissions, namely, GUTIERREZ and SALEH advised victims that victims could eliminate their mortgage obligations by participating in a program offered by GUTIERREZ and SALEH.

5. It was further part of the scheme to defraud that victims would pay GUTIERREZ and SALEH in order to enter the program. GUTIERREZ and SALEH told victims that once they entered into the program, GUTIERREZ and SALEH would provide them with various documents to execute, notarize, and mail to their mortgage lenders. According to GUTIERREZ and SALEH, the purpose of the documents provided by GUTIERREZ and SALEH was to notify the victims' mortgage lenders that the victims' mortgages were fraudulently obtained and that the victims therefore did not have to pay the mortgages.

6. It was further part of the scheme to defraud that GUTIERREZ and SALEH told victims that they would also provide the victims with documents to file in court in order to initiate lawsuits against the victims' mortgage lenders. GUTIERREZ and SALEH advised the

INDICTMENT 2

1  victims that the lawsuits would result in the victims obtaining court orders cancelling the
2  victims' mortgage contracts, thus resulting in the victims owning their homes free and clear of
3  their existing mortgage obligations.
4      7. It was further part of the scheme to defraud that victims could obtain the
5  aforementioned documents from SALEH, GUTIERREZ, or individuals working for
6  GUTIERREZ at Examiner One.
7      8. It was further part of the scheme to defraud that GUTIERREZ and SALEH
8  provided victims with the aforementioned documents and that victims mailed such documents to
9  their mortgage lenders and filed such documents in United States District Court, Northern
10 District of California, as directed by GUTIERREZ and SALEH.
11     9. None of the victims achieved the results represented by GUTIERREZ and
12 SALEH. The victims' mortgage lenders rejected the victims' claims set forth in the documents
13 the victims obtained from GUTIERREZ and SALEH and demanded that the victims continue to
14 pay their mortgage obligations. Likewise, the victims' lawsuits were all determined to be
15 without merit and were ordered dismissed by various District Court Judges in the United States
16 District Court, Northern District of California. The victims either continued to pay their
17 mortgage obligations as they became due or lost their ownership interest in their property through
18 foreclosure.
19 COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud)
20     10. Paragraphs 1 through 9 are realleged as if fully set forth herein.
21     11. Beginning at a time unknown to the grand jury, but no later than in or about
22 March 2007, and continuing through about January 2009, in the Northern District of California
23 and elsewhere, the defendants,

                        **SERGIO IVAN GUTIERREZ, and**
                            **MONTHER AL SALEH,**

26 and others, did knowingly conspire to devise and intend to devise a material scheme and artifice
27 to defraud various individuals, and to obtain money and property from various individuals, by
28 means of materially false and fraudulent pretenses, representations, promises, and omissions,

INDICTMENT                                                            3

namely, by knowingly and intentionally stating that victims could eliminate their mortgage obligations by participating in a program offered by GUTIERREZ and SALEH, and did knowingly cause the United States mails to be used for the purpose of executing and attempting to execute this scheme, all in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH FIFTEEN: (18 U.S.C. § 1341 – Mail Fraud)

12. Paragraphs 1 through 9 are realleged as if fully set forth herein.

13. On or about the dates set forth below, in the Northern District of California, and elsewhere, for the purpose of executing the material scheme to defraud and to obtain money by materially false and fraudulent pretenses, representations, promises, and omissions, the defendants,

SERGIO IVAN GUTIERREZ, and
MONTHER AL SALEH,

did knowingly cause to be delivered by the United States Postal Service and private and commercial interstate carriers the following:

| | | | | |
|---|---|---|---|---|
| TWO | 8/7/2007 | Letter from C.E. to HOMEQ Servicing | Hughson, CA | Sacramento, CA |
| THREE | 8/7/2007 | Letter from R.G. to World Saving | Modesto, CA | San Antonio, TX |
| FOUR | 8/13/2007 | Conditional Acceptance | Millbrae, CA | Dallas, TX |
| FIVE | 8/15/2007 | Certificate of Dishonor | Millbrae, CA | Chatsworth, CA |
| SIX | 9/8/2007 | Conditional Acceptance | Millbrae, CA | Phoenix, AZ |

INDICTMENT                                                                 4

| | | | | |
|---|---|---|---|---|
| SEVEN | 9/12/2007 | Letter from H.R. to Washington Mutual | Millbrae, CA | Phoenix, AZ |
| EIGHT | 9/21/2007 | Petition for Libel of Review of an Administrative Judgment | Millbrae, CA | Pittsburgh, PA |
| NINE | 9/28/2007 | Letter from J.V. to Citi Mortgage, Inc. | Millbrae, CA | Saint Louis, MO |
| TEN | 10/9/2007 | Letter from M.Q. to Litton Loan Servicing | Millbrae, CA | Houston, TX |
| ELEVEN | 10/10/2007 | Letter from V.C. to GMAC Mortgage | Modesto, CA | Phoenix, AZ |
| TWELVE | 10/10/2007 | Letter from S.M. to Countrywide Home Loans | Ripon, CA | Van Nuys, CA |
| THIRTEEN | 10/23/2007 | Letter from F.S. to HOMEQ Servicing | Modesto, CA | Sacramento, CA |
| FOURTEEN | 11/20/2007 | Letter from Pite Duncan, LLP to R.A. | Santa Ana, CA | San Francisco, CA |

INDICTMENT 5

| | | | | |
|---|---|---|---|---|
| FIFTEEN | 11/28/2007 | Certificate of Non-Response | San Francisco, CA | Beaverton, OR |

All in violation of Title 18, United States Code, Section 1341.

Dated:

04/29/10

A True Bill,

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
AUSA FINIGAN

INDICTMENT 6