JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO IVAN GUTIERREZ,<br><br>    Defendant.<br>_____ | No: CR 10-0349 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>EXCLUDING TIME |

    The above-captioned matter came before the Court on May 4, 2010, for identity of

counsel and to resolve the issue of detention.  The defendant was represented by Jodi Linker,

Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.

The matter was continued to May 6, 2010, at 2:00 p.m. for initial appearance in District Court.

    The Court made findings on May 4, 2010, that the time from and including May 4, 2010,

through and including May 6, 2010, should be excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best

1  interest of the public and the defendant in a speedy trial.  The finding was based on the need for

2  the defendant to have reasonable time necessary for effective preparation and for continuity of

3  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

4        The parties hereby agree to and request that the case be continued until May 6, 2010, and

5  that the exclusion of time until then be granted.  The parties agree and stipulate that the

6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),

7  because the ends of justice served by this continuance outweigh the best interest of the public and

8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

9  prepare, taking into account the exercise of due diligence, and will provide for continuity of

10 counsel for the defendant.

11

12

13 DATED: May 6, 2010                     /s/

14                                 JODI LINKER
                                Counsel for Defendant

15

16

17 DATED: May 6, 2010                     /s/
                                JEFFREY R. FINIGAN

18                                 Assistant U.S. Attorney

19 So ordered.

20 DATED:   May 10, 2010

21                           JOSEPH C. SPERO
                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 10-0349 VRW               2