JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0349 VRW |
|---|---|---|
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF FINANCIAL ACCOUNT AND IDENTITY INFORMATION |
| v. | ) | |
| SERGIO IVAN GUTIERREZ, | ) | |
|     Defendant. | ) | |

    Defendant SERGIO IVAN GUTIERREZ is charged with mail fraud in violation of 18 U.S.C. § 1341.

    The United States will produce to counsel for the defendant discovery consisting of business records, financial institution records, law enforcement reports, and other records and documents.  Included within this discovery is bank account information (including account numbers) and personal identity information (including, for example, names, dates of birth, social security numbers, and driver's license numbers).  Because of the substantial amount of financial account and personal identity information to be produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the Court hereby orders, that

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-0349 VRW]

disclosure of these materials shall be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of counsel's law office. Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2. The following individuals may examine the discovery for the purpose of preparing the defense:

    (a) Counsel for the defendant, and any other employees in counsel's law office;

    (b) The defendant, but only in the presence of defendant's counsel; and

    (c) Any outside expert retained by the defense to analyze the discovery in this matter or any outside vendor engaged by defense counsel for purposes of printing hard copies of discovery provided to defense counsel in electronic format.

3. A copy of this Order shall be maintained with the discovery at all times.

4. No other person may be allowed to examine the discovery without further court order.

5. All pleadings will comply with Federal Rule of Criminal Procedure 49.1 regarding redaction of certain identifying information.

6. After the judgment and sentencing in this matter or any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized

///

///

///

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-0349 VRW]         -2-

1  copies, if any, shall either be retained by defense counsel according to the terms of this Order,
2  destroyed, or returned to the United States.

4  IT IS SO STIPULATED:

6  DATED:  May 24, 2010                              JOSEPH P. RUSSONIELLO
                                                    United States Attorney

                                                    _____/s/_____
                                                    JEFFREY R. FINIGAN
                                                    Assistant United States Attorney

12 DATED:  May 24, 2010                              _____/s/_____
                                                    JODI LINKER
                                                    Attorney for SERGIO IVAN GUTIERREZ

15 **IT IS SO ORDERED**.

17 DATED: ____May 28_____, 2010         _____
                                                    VAUGHN R. WALKER
                                                    United States District Court Judge

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-0349 VRW]        -3-