1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GUTIERREZ
6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   No. CR-10-0349 VRW
                                      )
11           Plaintiff,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE STATUS
12     v.                              )   CONFERENCE & EXCLUDE TIME
                                      )
13 SERGIO GUTIERREZ,                   )
                                      )
14           Defendant.                )
   _____)
15

16     The parties jointly request that, subject to the Court's approval, the status conference

17 presently set for July 1, 2010 be continued to August 26, 2010 at 2:00pm.

18     Defendant Sergio Gutierrez is charged with fourteen counts of mail fraud in violation of

19 18 U.S.C. § 1341 and one count of conspiracy to commit mail fraud in violation of 18 U.S.C. §

20 1349. When he last appeared before the Court on May 6, 2010, the parties informed the Court

21 that there was a large volume of discovery in this case that needed to be produced to the defense,

22 and then reviewed and considered by the defense. That task has taken even longer than

23 anticipated. The Court signed a protective order regarding this discovery on May 28, 2010.

24 Shortly thereafter, the government provided defense counsel with approximately 15 discs of

25 electronic discovery. The defense is still in the process of printing and organizing that discovery

26 and requires additional time to complete that process and review that discovery.

Based on the availability of counsel and the Court, the parties jointly request that this Court continue the hearing to August 26 at 2:00pm. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 1, 2010 to August 26, 2010, given the need for effective preparation of defense counsel.

IT IS SO STIPULATED.

| | |
|---|---|
| June 24, 2010 | /s/ |
| DATED | JEFFREY FINIGAN |
| | Assistant United States Attorney |

| | |
|---|---|
| June 24, 2010 | /s/ |
| DATED | JODI LINKER |
| | Assistant Federal Public Defender |

### [PROPOSED] ORDER

The Court hereby ORDERS that the status conference currently set for July 1, 2010 be continued to August 26, 2010 at 2:00 pm.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from July 1, 2010 to August 26, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 1, 2010 to August 26, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from July 1, 2010 to August 26, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| June 28, 2010 | /s/ Judge Vaughn R Walker |
| DATED | VAUGHN R WALKER |
| | Chief United States District Judge |

*US v. Gutierrez,* CR-10-0349 VRW;
STIP & [PROPOSED] ORD. TO CONTINUE        2