1 BARRY J. PORTMAN
Federal Public Defender
2 STEVEN G. KALAR
Assistant Federal Public Defender
3 19th Floor Federal Building
450 Golden Gate Avenue
4 San Francisco, CA 94102
Telephone: (415) 436-7700
5
Counsel for Defendant GUTIERRRZ
6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. CR-10-0349 VRW |
| 11 | Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS |
| 12 | v. ) | CONFERENCE & EXCLUDE TIME |
| 13 | SERGIO GUTIERREZ, ) | |
| 14 | Defendant. ) | |

15

16      The defense request that, subject to the Court's approval, the status conference presently

17 set for August 26, 2010 be continued to October 21, 2010 at 2:00pm. The government has no

18 opposition to this request.

19      At the last appearance before this Court, Assistant Federal Public Defender Jodi Linker

20 appeared with defendant Sergio Gutierrez as his counsel. Recently, Federal Public Defender

21 Barry Portman re-assigned this case to Assistant Federal Public Defender Steven Kalar. Mr.

22 Kalar is not available on August 26, the date previously set for a status conference.

23 Additionally, there is a large volume of discovery in this case, and Mr. Kalar needs time to

24 review that discovery to adequately prepare for the case. As nothing meaningful would be able

25 to occur without Mr. Kalar's presence, and because he needs time to review discovery and

26 prepare the case, the defense requests that the matter be continued until October 21, 2010.

*US v. Gutierrez,* CR-10-0349 VRW;
STIP & [PROPOSED] ORD. TO CONTINUE          1

1  Accordingly, based on the availability of counsel and the need for effective preparation
2  of defense counsel, the defense request that this Court continue the hearing to October 21, 2010
3  at 2:00pm.  The government has no opposition to this request.  The parties agree to an exclusion
4  of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 26, 2010 to October 21,
5  2010, given the need for effective preparation of defense counsel and continuity of counsel.
6  IT IS SO STIPULATED.

7
   August 17, 2010                                    /s/
8  DATED                                    JEFFREY FINIGAN
                                            Assistant United States Attorney
9

10   August 17, 2010                                  /s/
    DATED                                    STEVEN G. KALAR
11                                           Assistant Federal Public Defender

12                              [PROPOSED] ORDER

13  The Court hereby ORDERS that the status conference currently set for August 26, 2010
14  be continued to October 21, 2010 at 2:00 pm.
15  Based upon the representation of counsel and for good cause shown, the Court finds that
16  failing to exclude the time from August 26, 2010 to October 21, 2010 would unreasonably deny
17  the defendant and his counsel the reasonable time necessary for effective preparation, taking into
18  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
19  that the ends of justice served by excluding the time from August 26, 2010 to October 21, 2010
20  from computation under the Speedy Trial Act outweigh the best interests of the public and the
21  defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from August
22  26, 2010 to October 21, 2010 shall be excluded from computation under the Speedy Trial Act.
23  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
24  IT IS SO ORDERED.

25
   8/25/2010
26  DATED                                    VAUGHN R. WALKER
                                            Chief United States District Judge

*US v. Gutierrez,* CR-10-0349 VRW;
STIP & [PROPOSED] ORD. TO CONTINUE        2