1    MELINDA HAAG (CASBN 132612)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    JEFFREY R. FINIGAN (CASBN 168285)
     Assistant United States Attorney
5

6       450 Golden Gate Avenue
        San Francisco, California  94102
7       Telephone: (415) 436-7232
        Facsimile: (415) 436-7234
8       Email: jeffrey.finigan@usdoj.gov

9
     Attorneys for the United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
     UNITED STATES OF AMERICA,          )   No: CR 10-0349 VRW
15                                       )
              Plaintiff,                 )
16                                       )   STIPULATION AND [PROPOSED] ORDER
          v.                             )   EXCLUDING TIME
17                                       )
     SERGIO IVAN GUTIERREZ,              )
18                                       )
              Defendant.                 )
19                                       )
     _____)
20

21

22         The above-captioned matter is currently set before the Court on October 21, 2010, for

23   status.  The defendant is represented by Steven Kalar, Esq., and the government is represented by

24   Jeffrey Finigan, Assistant United States Attorney.  Due to the Court's unavailability, the matter

25   has been continued to November 4, 2010, at 2:00 p.m. for status.

26         The parties hereby agree to and request that an exclusion of time between October 21,

27   2010 and November 4, 2010 be granted.  The parties agree and stipulate that the additional time

28   is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 VRW

1  ends of justice served by this continuance outweigh the best interest of the public and the

2  defendant in a speedy trial.  Given the amount of discovery, this time exclusion will allow

3  defense counsel to effectively prepare, taking into account the exercise of due diligence, and will

4  provide for continuity of counsel for the defendant.

7  DATED: September 14, 2010                    /s/
                                          _____
8                                          STEVEN KALAR
                                          Counsel for Defendant

10 DATED: September 14, 2010                    /s/
                                          _____
11                                         JEFFREY R. FINIGAN
                                          Assistant U.S. Attorney

13 So ordered.

14 DATED:  9/16/2010
                                          _____
15                                         VAUGHN R. WALKER
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 VRW                    2