MELINDA HAAG (CASBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California  94102
  Telephone: (415) 436-7232
  Facsimile: (415) 436-7234
  Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>          Plaintiff,                              )<br>                                                              )<br>          v.                                          )<br>                                                              )<br>SERGIO IVAN GUTIERREZ,         )<br>                                                              )<br>          Defendant.                          )<br>                                                              )<br>_____) | No: CR 10-0349 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

   The above-captioned matter came before the Court on November 4, 2010, for status.  The defendant was represented by Steven Kalar, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to January 27, 2011, at 2:00 p.m. for status.

   The Court made findings on November 4, 2010, that the time from and including November 4, 2010, through and including January 27, 2011, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 VRW

1  action outweighed the best interest of the public and the defendant in a speedy trial.  The finding
2  was based on the need for the defendant to have reasonable time necessary for effective
3  preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
4      The parties hereby agree to and request that the case be continued until January 27, 2011,
5  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

12 DATED: November 5, 2010                 /s/
                                          STEVEN KALAR
13                                           Counsel for Defendant

15
16 DATED: November 5, 2010                 /s/
                                          JEFFREY R. FINIGAN
17                                           Assistant U.S. Attorney

18 So ordered.
19 DATED: 11/10/2010
20                                           VAUGHN R. WALKER
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 VRW                 2