MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: CR 10-0349 JSW |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| SERGIO IVAN GUTIERREZ, ) | |
| Defendant. ) | |

    The above-captioned matter came before the Court on March 3, 2011, for status. The defendant was represented by Steven Kalar, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to April 14, 2011, at 2:00 p.m. for further hearing related to the defendant's motion for new counsel.

    The Court made findings on March 3, 2011, that the time from and including March 3, 2011, through and including April 14, 2011, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 JSW

best interest of the public and the defendant in a speedy trial. The findings were based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the parties hereby stipulate and request that an exclusion of time for the period from March 3, 2011, through and including April 14, 2011, be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: March 4, 2011

/s/
STEVEN KALAR
Counsel for Defendant

DATED: March 4, 2011

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: March 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0349 JSW                                  2