**FILED**
AUG 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SERGIO GUTIERREZ,

    Defendant.

No. CR 10-00349-1 JSW

**VERDICT FORM**

**Count One (Conspiracy)**

With respect to Count One, Conspiracy to Commit Mail, we the jury, find the defendant, Sergio Gutierrez:

    __✓__ Guilty            _____ Not Guilty

**Count Five (Mail Fraud - Radwan Rashid)**

With respect to Count Five, Mail Fraud regarding the August 15, 2007 Certificate of Dishonor, we the jury find the defendant, Sergio Gutierrez:

    __✓__ Guilty            _____ Not Guilty

**Count Seven (Mail Fraud - Hector Ramos)**

With respect to Count Seven, Mail Fraud regarding the September 12, 2007 Letter from H.R. to Washington Mutual, we the jury find the defendant, Sergio Gutierrez:

    __✓__ Guilty            _____ Not Guilty

**Count Eight (Mail Fraud - Montaser Rashid)**

With respect to Count Eight, Mail Fraud regarding the September 21, 2007 Petition for Libel of Review of an Administrative Judgment, we the jury find the defendant, Sergio Gutierrez:

____✓____ Guilty          _____ Not Guilty

**Count Nine (Mail Fraud - Rene Diaz)**

With respect to Count Nine, Mail Fraud regarding the September 28, 2007, Letter from J.V. to Citi Mortgage, Inc, we the jury find the defendant, Sergio Gutierrez:

____✓____ Guilty          _____ Not Guilty

**Count Ten (Mail Fraud - Mohamad Quetteineh)**

With respect to Count Ten, Mail Fraud regarding the October 9, 2007 Letter from M.Q. to Litton Loan Servicing, we the jury find the defendant, Sergio Gutierrez:

____✓____ Guilty          _____ Not Guilty

**Count Fourteen (Mail Fraud - Jaime and Rose Araujo)**

With respect to Count Fourteen, Mail Fraud regarding the November 20, 2007 Letter from Pite Duncan, LLP to R.A., we the jury find the defendant, Sergio Gutierrez:

____✓____ Guilty          _____ Not Guilty

**Count Fifteen (Mail Fraud - Eric Penate)**

With respect to Count Fifteen, Mail Fraud regarding the November 28, 2007 Certificate of Non-Response, we the jury find the defendant, Sergio Gutierrez:

____✓____ Guilty          _____ Not Guilty

Dated: 8/29/2012

[signature]
FOREPERSON