MICHAEL L. HINCKLEY, State Bar No. 161645
LIDIA STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801

Attorneys for Defendant
SERGIO IVAN GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO IVAN GUTIERREZ,<br><br>Defendant. | Case No. CR 10-00349-1 JSW<br><br>**DEFENDANT SERGIO GUTIERREZ'S DOCUMENTS RE SENTENCING**<br><br>Date: December 4, 2012<br>Time: 2:00 p.m.<br>Courtroom: Hon. Jeffrey S. White |

Pursuant to the Court's instruction and Mr. Gutierrez's insistence, attached hereto are documents prepared by Mr. Gutierrez he wishes presented to the Court at sentencing.

Dated: November 29, 2012         Respectfully submitted,

STIGLICH & HINCKLEY LLP


                                   /S/ Michael L. Hinckley
                              By:_____
                                 MICHAEL L. HINCKLEY
                                 Attorneys for Defendant
                                 SERGIO GUTIERREZ

1

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SERGIO GUTIÉRREZ | CASE(S)<br>NO. CR-00349-1 JSW<br>NO. 3:10-CR-00349-JSW-1<br>NO. CR 10 0349 VRW<br>NO. CR-10-349 JSW<br>AFFIDAVIT AND NOTICE |

## Affidavit
### -NOTICE-

"We Rise and Fall As One Nation"
 PRESIDENT BARRACK OBAMA (NOVEMBER 6, 2012)

I AM Sergio-Iván son of Rolando, House of GUTIÉRREZ, THE flesh AND BLOOD MAN, THE Living SOUL, A FRIEND AND A peaceful INHABITANT ON THE LAND TO MAKE THE Following STATEMENTS.

- I DO NOT CONSENT TO ANY OFFERS OR PROCEEDINGS ON AND FOR ALL THE ABOVE CASES.
- I DO NOT UNDERSTAND WHY THERE ARE FOUR (4) OPEN CASES (CASE NUMBERS) FOR THE SAME CHARGES, (SEE ABOVE CASES) AND FOR U.S. V. SERGIO GUTIERREZ.
- I HAVE NEVER CONFRONTED AN INJURED MAN OR WOMAN FOR THIS CASE(S).
- I HAVE NEVER SEEN AN AFFIDAVIT OF INJURED PARTY FILED WITH ANY COMPLAINT(S) FOR THIS CASE(S)/INDICMENT AND I Believe NONE EXIST.
- IF SOMEBODY HAS A CLAIM AGAINST ME, THE Flesh AND BLOOD MAN, THE CLAIM MUST BE DONE

IN WRITING AND SIGNED UNDER PENALTY OF PERJURY.

- NOBODY CAN REPRESENT ME, THE FLESH AND BLOOD MAN, NOR THE LEGAL NAME, SERGIO IVAN GUTIERREZ, WITHOUT MY PERMISSION AND AUTHORIZATION.
- NOBODY CAN TOUCH ME IN ANYWAY WITHOUT MY PERMISSION.
- IF ANY MAN OR WOMAN THINK THAT THEY CAN REPRESENT ME OR BELEIVE THAT THEY HAVE JURISDICTION OVER ME, THEY MUST PROVE THIS IN WRITING AND SIGNED UNDER PENALTY OF PERJURY (AFFIDAVIT).
- IF ANYONE, IN THE ABSENCE OF MONEY, IS CREATING A LIABILITY/DEBT, HE OR SHE MUST PROVIDE ME WITH A REMEDY IN A FORM OF A CHECK, MONEY ORDER, COUPON OR BOND, AS PER PUBLIC LAW 73-10, HJR192, ALL FEDERAL LAWS, INCLUDING THE BANKING ACT OF 1933.
- IF THERE IS NO LAW, THERE IS NO REMEDY, IF THERE IS NO REMEDY THERE IS NO LAW.
- IF ANYBODY IS CLAIMING A LOST, THAT MAN OR WOMAN MUST DO THE CLAIM IN WRITING IN AN AFFIDAVIT FORM TO ME.
- IF THE WORD "MONEY" IS INCLUDED IN SUCH AFFIDAVIT/CLAIM, THE DEFINITION OF "MONEY" MUST BE INCLUDED, DEFINING SPECIFICALLY IF IT IS GOLD OR SILVER (COINED BY THE US. GOVERMENT) AS PER DEFINED BY THE U.S. CONSTITUTION.

— FROM PAGE 2 —

- PLEASE NOTE THAT FEDERAL RESERVE NOTES IS NOT MONEY, BUT THE OPPOSITE OF IT, A debt (NOTE).
- I WAS BROUGHT TO THE UNITED STATES DISTRICT COURT AND THEN INCARCERATED, AGAINST MY WILL, AT gun point, under duress.

- ORIGINAL INDICTMENT # CR10 0349 is void and Nule, since THE fourteen (14) CHARGES ARE INSIDE A BOX(es). AS PER THE UNITED STATES Style MANUAL, Anything inside A BOX is empty space, void and nule. THE INDICTMENT DOES NOT possess any AFFIDAVIT OF INJURED party either. CASE(s) IS VOID AB INITIO.
- I HAVE BEEN INJURED, AND MY Family, By THE ACTIONS OF THE CORPORATIONS REPRESENTED FOR THESE CASE(S).
- I ASK THAT YOU CLOSE AND SETTLE THIS CASE(S) IMMEDIATELY, BEFORE I AM INJURED ANY FURTHER. I ASK IN THE NAME of Jesus Christ, our Lord.
   "If you ASK Anything IN MY NAME,
       I will do it." (John 14:14)

- I appologize if I've tresspass in anyway. I have also send a letter of apology to the president of THE U.S. BARRACK OBAMA to forgive me if I offended you in anyway. I Love the United States. I am A

Friend.

"...And forgive us for our trespass, as we forgive those who trespass against us."

Jesus Christ

Father Daniel McGuire, by the power invested in him by the Catholic Church and Pope Benedict XVI, has granted me absolution of ~~any~~ and all my sins in confession on Saturday, November 9, 2012. They represent the highest power on planet Earth.

"If you abide in my word, you are truly my disciples and you shall know the truth and the truth shall set you free."

John 8:31, 8:32

November twenty in the year of our Lord 2012.

Sergio Ivan Gutierrez
Authorized agent
All rights reserved
Without recourse
Without prejudice

Notice: This document is not meant to threat, insult or harrass anyone, it is respectfully written and submitted.

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
SERGIO GUTIERREZ

CASE(S)
NO. CR-00349-1 JSW
NO. 3:10-CR-00349-JSW-1
NO. CR 10 0349 VRW
NO. CR-10-349 JSW

NOTICE AND AFFIDAVIT

## NOTICE to CEASE AND DESIST

TO: AARON TAN, MELINDA HAAG, MIKE HINKLEY, et al

HERE COMES SERGIO-IVAN SON OF ROLANDO, HOUSE OF GUTIERREZ, THE FLESH AND BLOOD MAN, THE LIVING SOUL, to INFORM YOU THAT YOU CAN NOT REPRESENT ME IN ANY WAY, NOR YOU CAN REPRESENT THE LEGAL NAME, AGNOMEN, estate, SERGIO IVAN GUTIERREZ, IN ANY LEGAL OR COMMERCIAL DOCUMENTS OR IN ANY ISSUES WHATSOEVER.

I AM THE ONLY VALID AUTHORIZATION FOR ANY AND ALL COMMERCIAL OR LEGAL ACTIONS REGARDING SAID ESTATE. IF YOU THINK YOU CAN REPRESENT ME OR THE ESTATE, TRUST, SERGIO IVAN GUTIERREZ, YOU ARE NOW FIRED, FIRED, FOREVER FIRED.

SINCE THIS IS A VERY DELICATE MATTER, IF YOU USE THE LEGAL NAME, SERGIO IVAN GUTIERREZ AGAIN IN ANY WAY OR IF YOU TRY TO REPRESENT ME THE FLESH AND BLOOD MAN IN ANY WAY, THERE WILL BE A FEE OF USD 2,000,000.⁰⁰, TWO MILLION UNITED STATES

PAGE 1 OF 2 —                                    OVER →

dollars, per occurrance. I am also accepting your oath of office and bond.

THIS DOCUMENT IS NOT MEANT TO THREAT, INSULT OR HARRASS ANYONE; IT IS RESPECTFULLY WRITTEN. November twenty in the year of our Lord 2012.

SERGIO IVÁN GUTIÉRREZ
AUTHORIZED AGENT
ALL RIGHTS RESERVED
WITHOUT RECOURSE
WITHOUT PREJUDICE